# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00280-FDW-DSC

| | |
|---|---|
| ELAINE ROSELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WORLEY CLAIMS SERVICES, LLC, | ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice and Affidavit [for Elizabeth Anderson Roussel]" (document # 17) filed November 28, 2018. For the reasons set forth therein, the Motion will be <u>granted</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel of record <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: November 29, 2018

David S. Cayer
United States Magistrate Judge