IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Elaine Rosell, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Worley Claims Services, LLC; Worley Catastrophe Services, LLC; and Worley Specialty Services, LLC, jointly and severally,<br>　　　　　　　　　　　　Defendants. | C/A No. 3:18-cv-280 |

**JOINT MOTION FOR FINAL APPROVAL OF A SETTLEMENT AGREEMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE**

Plaintiff Elaine Rosell, on behalf of herself and all others similarly situated, including Kenneth DeVilbiss[1] and Stephen Engels[2] ("Plaintiffs"), and Defendants Worley Claims Services, LLC; Worley Catastrophe Services, LLC; and Worley Specialty Services, LLC (collectively "Worley"), through their undersigned counsel, hereby request that the Court grant approval of the executed Settlement Agreement (attached herein as Exhibit A). In support of the Joint Motion the Parties state as follows:

1.

This matter involves individual claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") brought by Plaintiffs against Worley for allegedly failing to pay "required overtime premium pay of one and one-half times their regular rate of pay for all hours worked in excess of 40 per workweek."[3]

---

[1] *See* Opt-In Form at Docket Entry 21 (February 1, 2019).
[2] See Opt-In Form at Docket Entry 23 (February 19, 2019).
[3] *See* Amended Complaint at Docket Entry 8 at ¶ 41.

2.

On April 16, 2019, the parties fully executed a Settlement Agreement which resolves all claims in this litigation. *See* **Exhibit A**.

3.

The purpose of this Joint Motion is to request the Court to review and approve the Settlement Agreement that would resolve and finalize the settlement.

**WHEREFORE**, Plaintiffs and Defendants Worley Claims Services, LLC; Worley Catastrophe Services, LLC; and Worley Specialty Services, LLC request that the Court grant their Joint Motion and enter an order finding the following:

1. The Court has jurisdiction over this lawsuit;

2. The Parties' lawsuit involves a bona fide dispute as to both liability and the extent of damages under the FLSA;[4]

3. The settlement memorialized in the Settlement Agreement filed with the Court provides for a fair and reasonable compromise of the FLSA and other claims released by the Settlement Agreement;

4. The above-styled action be and hereby is dismissed with prejudice, with the parties to bear their own costs except as provided in the Settlement Agreement; and

5. The Court retains jurisdiction to enforce the terms and conditions of the Settlement Agreement.

---

[4] Amended Complaint at Docket Entry 8 at ¶ 41.

Respectfully submitted:


s/Eric Spengler_____
Eric Spengler (N.C. Bar #47165)
SPENGLER & AGANS, PLLC
352 N. Caswell Rd.
Charlotte, North Carolina 28204
Telephone: 704-910-5469
Facsimile:  704-246-4189
eric@spengleraganslaw.com

*Attorneys for Plaintiffs*


s/Lyndey R. Z. Bryant_____
Lyndey R. Z. Bryant (N.C. Bar No 49638)
ADAMS AND REESE LLP
1501 Main Street, Fifth Floor
Columbia, South Carolina 29201
Telephone: 803-254-4190
Facsimile:  803-779-4749
lyndey.bryant@arlaw.com

Elizabeth A. Roussel
One Shell Square
701 Poydras Street Suite 4500
New Orleans, Louisiana 70139
Telephone: 504-581-3234
Facsimile:  504-566-0210
elizabeth.roussel@arlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Defendants*