UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00280-FDW-DSC

| | |
|---|---|
| ELAINE ROSELL on behalf of herself and all others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) WORLEY CLAIMS SERVICES, LLC; ) WORLEY CATASTROPHE SERVICES, ) LLC; and WORLEY SPECIALTY ) SERVICES, LLC, ) ) Defendants. ) ) | ORDER |

THIS MATTER is before the Court *sua sponte* to schedule a class action settlement fairness hearing. A hearing will be held before the undersigned on **Monday, June 3, 2019 at 10:00 a.m.** This hearing will be held in Courtroom 1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, NC 28202. Parties are hereby ORDERED to send notice of this hearing to all individuals who have timely opted into this lawsuit. Upon sending such notice of hearing, Parties are further ORDERED to file a certificate of compliance with this Court within fourteen (14) days of this order's entry.

IT IS SO ORDERED.

Signed: May 6, 2019

Frank D. Whitney
Chief United States District Judge