UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00280-FDW-DSC

ELAINE ROSELL on behalf of herself and all others similarly situated,

    Plaintiffs,

vs.

WORLEY CLAIMS SERVICES, LLC; WORLEY CATASTROPHE SERVICES, LLC; and WORLEY SPECIALTY SERVICES, LLC,

    Defendants.

ORDER

UPON CONSIDERATION of the parties' Joint Motion for Final Approval of a Settlement Agreement and Dismissal of Claims with Prejudice (Doc. No. 25), the Motion is GRANTED as follows:

(1) the parties' proposed FLSA Settlement Agreement is approved, including the release of claims, the payment to Plaintiffs, and payment of attorneys' fees and costs as set forth therein;

(2) the action is dismissed in its entirety with prejudice, with the parties to bear their own costs except as provided in the Settlement Agreement; and

(3) this Court retains jurisdiction with respect to the interpretation, implementation, and enforcement of the terms of the FLSA Settlement Agreement and all orders and judgments entered in connection therewith.

The Clerk of Court is respectfully directed to CLOSE THE CASE.

IT IS SO ORDERED.

1

Signed: June 3, 2019

Frank D. Whitney
Chief United States District Judge